**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| A.N.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-25-0374-HE |
| | ) | |
| FRANK BISIGNANO, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On March 30, 2026, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation [Doc. #16] recommending the court reverse the Commissioner's final decision denying plaintiff's application for disability insurance benefits and supplemental security income and remand for further administrative proceedings.

Magistrate Judge Stephens advised the parties of their right to object to the Report and Recommendation by April 13, 2026, and the consequences for failure to timely object. To date, neither party has filed an objection. The parties therefore have waived the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See* <u>Moore v. United States</u>, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #16]. The final decision of the Commissioner is **REVERSED** and the matter is **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

Dated this 16th day of April, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE